NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIRROR WORLDS, LLC,**
*Plaintiff-Appellant,*

v.

**APPLE INC.,**
*Defendant-Appellee.*

---

2011-1392

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 08-CV-0088, Judge Leonard Davis.

---

## ON MOTION

---

## ORDER

Mirror Worlds, LLC, moves without opposition for a 30-day extension of time, until December 28, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

NOV 2 8 2011
———————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David Boies, Esq.
     William F. Lee, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

NOV 2 8 2011

**JAN HORBALY**
**CLERK**